IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

OSMON ISAAC MARTINEZ VASQUEZ,

    Petitioner,

v.                                                                                                        Civ. No. 26-0508-KG-GJF

WARDEN, Otero County Processing Center,
MARY DE ANDA-YBARRA, Field Office Director of
Enforcement and Removal Operations, El Paso
Field Office, Immigration and Customs
Enforcement; TODD LYONS, Acting Director
Immigration and Customs Enforcement;
KRISTI NOEM, Secretary, U.S. Department
Of Homeland Security; AND PAMELA BONDI,
U.S. Attorney General,

    Respondents,[1]

ORDER TO ANSWER

This matter is before the Court on Petitioner Osmon Isaac Martinez Vasquez's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) (Petition). Petitioner is an immigration detainee at the Otero County Processing Center and is proceeding *pro se*. The Petition challenges his continued detention without a bond hearing.

Accepting the facts as true, Petitioner has raised a colorable claim for relief that he is detained pursuant to 8 U.S.C. § 1226, rather than 8 U.S.C. § 1225. *See Garcia Sanchez v. Noem, et al.*, 25-cv-1219 KG/JFR (concluding petitioner was detained pursuant to 8 U.S.C. §

---

[1] The form Petition names, inter alia, Petitioner's detention center. In light of Petitioner's *pro se* status, the Court will add or substitute the above-mentioned parties as Respondents. *See Torres-Torres v. Miller*, 2020 WL 4430519 (D.N.M. July 31, 2020) (discussing the respondents in an immigration habeas case); *Lowmaster v. Dir., Bureau of Prisons*, 2024 WL 5135970, at *1 (D. Kan. Dec. 17, 2024) ("the Court notes that it routinely substitutes the" proper parties as "respondent in habeas cases"); *Danderson v. Page*, 2024 WL 3913051, at *2 (E.D. Okla. Aug. 20, 2024) (substituting the proper party respondent in a habeas case).

1226, rather than 8 U.S.C. § 1225, and ordering Respondents to provide a bond hearing); *Pu Sacvin v. De Anda-Ybarra*, 2025 WL 3187432, at *3 (D.N.M.) (Gonzales, J.) (same); *Danierov v. Noem*, 2026 WL 45288, at *2 (D.N.M.) (Gonzales, J.) (same). The Clerk's Office has electronically served Respondents by Notice of Electronic Filing (NEF) using the Case Management and Electronic Case Filing (CM/ECF) system. (Doc. 2). The Court will order a briefing schedule, as set forth below. Petitioner must also pay the $5.00 filing fee or, alternatively, file a motion to proceed *in forma pauperis* within thirty (30) days of entry of this Order.

IT IS ORDERED that:

1. The United States Attorney's Office must answer the Petition within ten (10) business days of entry of this Order.

2. If Petitioner wishes to file an optional reply, he must do so within seven (7) business days after the response is filed.

3. Within thirty (30) days of entry of this Order, Petitioner must pay the $5.00 filing fee or, alternatively, file a motion to proceed *in forma pauperis*.

4. The Clerk's Office shall update the case caption to match the party Respondents added/substituted via this Order.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.